**Abatement Order filed February 4, 2020**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-19-01002-CV

———————

**VIRGINIA A. KINNEY, Appellant**

**v.**

**CB&I, LLC, Appellee**

---

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-65953**

---

## ABATEMENT ORDER

Notice was filed on January 29, 2020, that appellee is in bankruptcy. Tex. R. App. P. 8.1. According to the notice, on January 21, 2020, appellee petitioned for voluntary bankruptcy protection in the United States Bankruptcy Court for the Southern District of Texas under Case No. 20-30336. A bankruptcy suspends the appeal from the date when the bankruptcy petition is filed until the appellate court reinstates the appeal in accordance with federal law. Tex. R. App. P. 8.2. Accordingly, we **ORDER** the appeal abated.

When a case has been suspended by a bankruptcy filing, a party may move the appellate court to reinstate the appeal if permitted by federal law or the bankruptcy court. Tex. R. App. P. 8.3. If the bankruptcy court has lifted or terminated the stay, a certified copy of the order must be attached to the motion. *Id.* A party filing a motion to reinstate shall specify what further action, if any, is required from this court when the appeal is reinstated. *See* Tex. R. App. P. 10.1(a).

For administrative purposes only, and without surrendering jurisdiction, the appeal is abated and treated as a closed case until further order of this court.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan.